| | |
|---|---|
| 1 | Douglas A. Pettit, Esq., SBN 160371 |
| | Erik T. Johnson, Esq., SBN 279940 |
| 2 | **PETTIT KOHN INGRASSIA LUTZ & DOLIN PC** |
| | 11622 El Camino Real, Suite 300 |
| 3 | San Diego, CA 92130 |
| | Telephone:  (858) 755-8500 |
| 4 | Facsimile:  (858) 755-8504 |
| | E-mail: dpettit@pettitkohn.com |
| 5 | ejohnson@pettitkohn.com |
| 6 | Attorneys for Defendant |
| | **WASHINGTON STATE EMPLOYEES** |
| 7 | **CREDIT UNION** |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | NATHAN THEW, | CASE NO.: 5:19-cv-00308-JFW-SP |
| 12 | Plaintiff, | |
| 13 | v. | **NOTICE OF MOTION AND MOTION TO DISMISS** |
| 14 | WASHINGTON STATE EMPLOYEES CREDIT UNION, | |
| 15 | | Hearing Date:  July 8, 2019 |
| 16 | Defendant. | Time:  1:30 p.m. |
| | | Courtroom:  7A |
| 17 | | District Judge:  Hon John F. Walter |
| | | Complaint Filed:  February 20, 2019 |
| 18 | | Trial Date:  Not Set |
| 19 | | [Filed concurrently with Memorandum of Points and Authorities; Declaration of Paul Kirkbride; and [Proposed] Order] |

21  NOTICE IS HEREBY GIVEN that on July 8, 2019 at 1:30 p.m., or as soon

22 thereafter as the matter may be heard in Courtroom 7A of the above-entitled court

23 located at 350 W. 1st Street, Los Angeles, California 90012, Defendant

24 WASHINGTON STATE EMPLOYEES CREDIT UNION ("WSECU" or the

25 "Credit Union") will move the Court for a motion to dismiss without leave to

26 amend Plaintiff Nathan Thew's ("Plaintiff") complaint pursuant to Federal Rules of

27 Civil Procedure 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6).

28 ///

1   This motion is based on the grounds that (1) Plaintiff lacks standing; (2) the Court does not have personal jurisdiction over the Credit Union; (3) Plaintiff filed his case in the wrong venue; and (4) Plaintiff fails to state a claim for violation of the California Consumer Credit Reporting Agencies Act.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Paul Kirkbride, as well as such other evidence and/or arguments that the Court may allow at the time of the hearing on the motion.

This motion is made following multiple conferences of counsel pursuant to Local Rule 7-3, which took place on May 22, May 29, and June 3, 2019.

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated: June 7, 2019    By:   /s/ Douglas A. Pettit
Douglas A. Pettit, Esq.
Erik T. Johnson, Esq.
Attorneys for Defendant
**WASHINGTON STATE EMPLOYEES CREDIT UNION**
dpettit@pettitkohn.com
ejohnson@pettitkohn.com

1677-1030

2
NOTICE OF MOTION AND MOTION TO DISMISS
CASE NO. 5:19-cv-00308-JFW-SP