Closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathan Thew, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Washington State Employees Credit Union,<br><br>Defendant. | Case No.: 5:19-cv-00308-JFW-SP<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Based upon Parties' Joint Motion for Dismissal of the action with prejudice as to the named plaintiff and without prejudice as to the Putative Class, and good cause, this Court hereby orders this action to be, and is, dismissed with prejudice as to the named plaintiff and without prejudice as to the Putative Class. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 28, 2019

_____
HON. JOHN WALTER
UNITED STATES DISTRICT JUDGE